AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC [illegible]
RECEIVED [illegible]

FID
10599221

United States of America
v.
Thomas Alphonso Hughes

Defendant

)
) Case: 1:24-mj-00226
) Assigned To : Judge G. Michael Harvey
) Assign. Date : 7/22/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Thomas Alphonso Hughes
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 (Conspiracy to Interfere with Interstate Commerce by Robbery)

Date:  07/22/2024

Digitally signed by G. Michael Harvey
Date: 2024.07.22 11:18:33 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/22/24, and the person was arrested on *(date)* 7/24/24
at *(city and state)* Washington DC

Date:  7/25/24

*Arresting officer's signature*

Ross Kantola
*Printed name and title*